AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22–mj–00184 |
|  | ) Assigned To : Magistrate Judge Meriweather, Robin M. |
| TYLER QUINTIN BENSCH | ) Assign. Date : 8/16/2022 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  TYLER QUINTIN BENSCH,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Entering and Remaining in Restricted Grounds)
18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in Restricted Grounds)

2022.08.16
17:07:22 -04'00'

Date:  08/16/2022

*Issuing officer's signature*

City and state:  Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 8/23/22, and the person was arrested on (date) 8/24/22
at (city and state) Casselberry, FL.

Date: 8/24/22

*Arresting officer's signature*

*Printed name and title*