UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 1:22-MJ-00184 |
| **BENJAMIN COLE et al,** : | |
| : | |
| **Defendants.** : | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Melanie L. Alsworth, on detail to the United States Attorney's Office, hereby enters her appearance in the above-referenced matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Melanie L. Alsworth
Melanie L. Alsworth
AR Bar No. 2002095
Trial Attorney
United States Department of Justice
Criminal Division
145 N. Street NE, East Wing
Washington, DC  20530
(202) 598-2285
melanie.alsworth2@usdoj.gov

## CERTIFICATE OF SERVICE

On this 1st day of September, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Trial Attorney