UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. 22-MJ-00184 |
| | : | |
| BENJAMIN COLE, | : | |
| BRIAN PRELLER, | : | |
| JOHN EDWARD CROWLEY, | : | |
| JONATHAN ALAN ROCKHOLT, AND | : | |
| TYLER QUINTIN BENSCH | : | |
| | : | |
| DEFENDANTS. | : | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, November 8, 2022, in the above-captioned matter, for approximately 60 days, until Tuesday, January 10, 2023. Counsel for each defendant concurs in this motion. The parties request the additional time to engage in plea negotiations and review pre-indictment discovery productions.

The parties request that the Court exclude the time from November 8, 2022, until the next status conference, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

Date: October 28, 2022                By: */s/ Melanie L. Alsworth*_____
                                                      Melanie L. Alsworth
                                                      Ark. Bar No. 2002095
                                                      Trial Attorney
                                                      United States Department of Justice
                                                      Criminal Division
                                                      Narcotic and Dangerous Drug Section
                                                      (On Detail to the USAO-DC)
                                                      601 D Street, N.W.
                                                      Washington, D.C.  20530
                                                      Telephone: (202) 598-2285
                                                      Email: Melanie.Alsworth2@usdoj.gov

CERTIFICATE OF SERVICE

    On this 28th day of October, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                */s/ Melanie L. Alsworth*
                                Melanie L. Alsworth
                                Ark. Bar No. 2002095
                                Trial Attorney
                                United States Department of Justice
                                Criminal Division
                                Narcotic and Dangerous Drug Section
                                (On Detail to the USAO-DC)
                                601 D Street, N.W.
                                Washington, D.C.  20530
                                Telephone: (202) 598-2285
                                Email: Melanie.Alsworth2@usdoj.gov