# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-MJ-00184-05 |
| | : | |
| **TYLER QUINTIN BENSCH,** | : | |
| | : | |
| **DEFENDANT.** | : | |

## ORDER

Based upon the representations in the Consent Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on Friday, February 24, 2023, be continued for good cause to Thursday, March 23, 2023, at 1 p.m.; and it is further

**ORDERED** that the time between Friday, February 24, 2023, and Thursday March 23, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A).

The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendants in a speedy trial, and a continuance will promote continuity of counsel, provide the defendants additional time to review the pre-indictment discovery and to continue negotiating potential pretrial resolutions.

Date: February 23, 2023

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE